UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH J. VALENCINO, III** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-76** |
| **DAVID T. COLE, ET AL** | **SECTION: "S" (4)** |

## ORDER AND REASONS

Before the court is plaintiff's **Motion in Limine** to Exclude Reference to Prior Exclusions of Dr. Everentt Robert's Testimony (Rec. Doc. 15). Defense counsel has informed the court that defendants do not oppose the motion. Accordingly,

**IT IS HEREBY ORDERED** that motion is **GRANTED** as unopposed.

New Orleans, Louisiana, this  3rd   day of March, 2021.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**